UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**RYAN HODGE**                                    **DOCKET NO. 2:24-cv-00176**
                                                          **SECTION P**

**VERSUS**                                        **JUDGE JAMES D. CAIN, JR.**

**CALCASIEU CORRECTIONAL CENTER**      **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 8) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Hodge's complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Local Rule (LR) 41.3W.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be **DENIED** as **MOOT**.

THUS DONE AND SIGNED in Chambers this 23rd day of September, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE